Magistrate Judge

FILED ___ LODGED
___ RECEIVED
AUG 30 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

04-CR-05424-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHUN O. SMITH, <br> Defendant. | NO.  CR04-5424 <br><br> ORDER FOR DISMISSAL <br> (PRETRIAL DIVERSION) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in the above-captioned case against CHUN O. SMITH. The defendant has successfully completed the Pretrial Diversion Program.

DATED this _29th_ day of _August_, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

_____
BARBARA J. SIEVERS
Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this _30_ day of _August_, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL/PRETRIAL DIVERSION — 1
CR04-5424; CHUN O. SMITH

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970